**Order entered March 31, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00045-CV

**IRA W. BREWER, EUGENIA BREWER AND ALL OTHER OCCUPANTS, Appellants**

**V.**

**U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE BEAR STERNS ARM TRUST, ET AL., Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-01529-2013**

## ORDER

Before the Court is appellants' March 24, 2014 unopposed motion to extend time to file brief. Appellants seek an extension to April 4, 2014. Our records reflect that on March 24, 2014, we granted appellants' March 21, 2014 extension motion and extended the deadline to file the brief to April 4, 2014 as appellants requested. Because the relief appellants are seeking in their current motion has been previously granted, we **DENY** the motion as moot.

/s/     ELIZABETH LANG-MIERS
           JUSTICE